IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**EVANGELINA MOCK**

Plaintiff,

v.

**COUNTRY MUTUAL INSURANCE COMPANY**

Defendant.

---

### DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446

---

Defendant Country Preferred Insurance Company, and the inappropriately named Country Mutual Insurance Company (hereinafter collectively referenced as "Defendant Country Preferred") through counsel Spies, Powers & Robinson, P.C., submits this Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and in support thereof, states as follows:

1.     Defendant Country Preferred seeks to remove this case under 28 U.S.C. §1332 based on the diversity of citizenship between the parties.  Pursuant to §1332, the federal court has original subject matter jurisdiction when:  (i) the defendant is diverse in citizenship from the plaintiff; and (ii) the plaintiff's claim entails an amount in controversy in excess of $75,000.  *Baker v. Sears Holdings Corp.*, 557 F. Supp. 2d 1208, 1211 (D. Colo. 2007).  When a case satisfying these criteria is brought in a state court, the defendant may move the action to federal court by filing a notice of removal.  *Id.*

2.     Plaintiff Evangelina Mock filed a Complaint and Jury Demand in the Colorado

District Court of Boulder County.  That action is styled as *Evangelina Mock v. Country Mutual Insurance Company*, Boulder County District Court Case No. 18-CV-030210.  A copy of the Complaint and Jury Demand is attached hereto as Exhibit A.  The Complaint alleges three claims for relief including breach of contract, bad faith breach of insurance contract, and statutory delay or denial in violation of C.R.S. § 10-3-1115 & 10-3-1116.  Exhibit A, Plaintiff's Complaint and Jury Demand at ¶¶44-61.

3.      Moreover, the District Court Civil Case Cover Sheet filed by the Plaintiff alleges that the amount in controversy is in excess of $100,000.

4.      The case concerns allegations of injuries arising out of a motor vehicle accident and the Plaintiff's claim for Uninsured Motorist benefits under a policy of insurance issued to Plaintiff by Defendant Country Preferred Insurance Company.  The accident occurred  at or near the intersection of South Colorado Boulevard and East Bayaud Avenue which is located in Denver County, Colorado. *Id.* at ¶6.

5.      Plaintiff resides at 6596 South Elm Circle, Centennial, Colorado, which is located in Arapahoe County, Colorado. *Id.* at ¶1.

6.      Both Defendant Country Preferred and the improperly named Country Mutual Insurance Company are Illinois corporations, with their principal place of business in Bloomington, Illinois.

7.      Removal of this action on diversity grounds is proper because the case concerns citizens of different states and the amount in controversy exceeds $75,000.  The Plaintiff seeks policy limits in the amount of $100,000 and statutory penalties under C.R.S. § 10-3-1115 & 10-3-1116.  In addition, the Plaintiff claims future medical expenses in excess of $100,000. As noted

2

above, the Plaintiff's District Court Civil Case Cover Sheet also affirms that the amount in controversy exceeds the jurisdictional threshold of $75,000.

8.      A copy of this Notice of Removal is filed contemporaneously herewith in Boulder County District Court Case No. 18-CV-030210.

WHEREFORE, Defendant Country Preferred Insurance Company respectfully removes Boulder County District Court Case No. 18-CV-030210 to the United States District Court for the District of Colorado in accordance with 28 U.S.C. §§ 1332, 1441 and 1446.

Respectfully submitted on June 6, 2018,

                                        **SPIES, POWERS & ROBINSON, P.C.**

                                        *s/ Brendan O. Powers*
                                        _____
                                        Brendan O. Powers, #21401
                                        Ursula J. Honigman, #49196
                                        950 S. Cherry Street, Suite 700
                                        Denver, Colorado  80246
                                        Telephone: (303) 830-7090
                                        Facsimile:  (303) 830-7089
                                        Email:  powers@sprlaw.net
                                                   honigman@sprlaw.net
                                        **Attorneys for Defendant Country Mutual
                                        Insurance Company**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2018, I electronically filed the foregoing Defendant's Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Holly B. Kammerer
Jessica B. Prochaska
Burg Simpson Eldredge Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, Colorado, 80112
hkammerer@burgsimpson.com
jprochaska@burgsimpson.com
*attorneys for Plaintiff*

*s/ Melissa Phillips-Noah*
_____